IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No.: 3:21-cv-01454-AN<br><br>JUDGMENT |

**Adrienne Nelson, District Judge**

From April 22, 2024 through April 23, 2024, the undersigned U.S. District Judge presided over a two-day court trial. Based on the Findings of Fact and Conclusions of Law,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Judgment is entered in favor of the plaintiff, the Acting Secretary of Labor, against defendant the United States Postal Service ("USPS"), in the total amount of $141,307.50, directed to Cassandra Hankins ("Hankins").

2. The Court orders USPS to expunge Hankins's employment record. USPS must purge all negative information contained in its electronic or physical files that reference Hankins's termination, the reasons USPS purportedly relied on, and any impediment to her eligibility for rehire in the future. The Court further orders USPS to affirmatively state in Hankins's personnel file that she is eligible for rehire.

IT IS SO ORDERED.

DATED this 10th day of May, 2024.

Adrienne Nelson
United States District Judge